**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 HILLTOP CRESCENT
Walnut Creek, CA 94597-3452
Direct: (925) 588-0401
Fax: (888) 210-8868

GENE A. FARBER, ESQ. (No. 44215)
LAW OFFICES OF GENE A. FARBER
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

Attorneys for Plaintiff
JEAN RIKER


MILLSTONE PETERSON & WATTS, LLP
Attorneys at Law
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222
Fax: 916.780.8775
gpeterson@mpwlaw.net
Attorneys for Defendants
WIENERSCHNITZEL #514; R.R. & N.S. ENTERPRISE INC.; RULA KHATIB;
and NASERELDEN SGER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>          Plaintiff,<br><br>v.<br><br>WIENERSCHNITZEL #514; RAKISH CHANDER SOIN; R.R. & N.S. ENTERPRISE INC; RULA KHATIB; NASERELDEN SGER; and Does 2 through 50, Inclusive,<br><br>          Defendants. | CASE NO. 2:06-CV-0803 DFL DAD<br>Civil Rights |

   The parties hereby stipulate to the filing of the proposed First Amended Complaint attached hereto at **Exhibit 1**, and request the approval of same without motion.  The only addition change from the original Complaint is the substitution of the name

RAKISH CHANDER SOIN for DOE 1. (See paragraph 6.) The parties further stipulate that the existing Answer on file for defendants WIENERSCHNITZEL #514; R.R. & N.S. ENTERPRISE INC.; RULA KHATIB and NASERELDEN SGER shall be deemed to apply to the respective paragraphs in the First Amended Complaint.

    SO STIPULATED.

Dated: October 30, 2006

Thimesch Law Offices
TIMOTHY S. THIMESCH

GENE A. FARBER, ESQ.
LAW OFFICES OF GENE A. FARBER

_/s/ Tim Thimesch_
Attorneys for Plaintiff
JEAN RIKER

Dated: October 25, 2006

MILLSTONE PETERSON & WATTS, LLP
GLENN W. PETERSON, ESQ.

/s/
Attorneys for Defendants
WIENERSCHNITZEL #514; R.R. & N.S. ENTERPRISE INC.; RULA KHATIB and NASERELDEN SGER

**ORDER**

SO ORDERED.

Dated: October 30, 2006

/s/ David F. Levi
HON. DAVID F. LEVI
Judge of U.S. District Court

— 2 —