**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

GENE A. FARBER, ESQ. (No. 44215)
LAW OFFICES OF GENE A. FARBER
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Fax: (415) 282-4228

Attorneys for Plaintiff
JEAN RIKER

MILLSTONE PETERSON & WATTS, LLP                          OK/HAV
Attorneys at Law
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222
Fax: 916.780.8775
gpeterson@mpwlaw.net

Attorneys for Defendants
WIENERSCHNITZEL #514; R.R. & N.S. ENTERPRISE INC.; RULA KHATIB
and NASERELDEN SGER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JEAN RIKER, | CASE NO. 2:06-CV-0803 DFL DAD |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **FIRST STIPULATION AND [Proposed] ORDER TO MODIFY TRIAL AND PRETRIAL DATES; and REQUEST FOR THE SETTING OF A SETTLEMENT CONFERENCE** |
| WIENERSCHNITZEL #514; RAKISH CHANDER SOIN; R.R. & N.S. ENTERPRISE INC; RULA KHATIB; NASERELDEN SGER; and Does 2 through 50, Inclusive, | |
| Defendants. | |
| _____/ | |

////

— 1 —

## **STIPULATION**

The parties request an extension of approximately three months of all trial and pretrial dates and for completion of an initial Settlement Conference.

Good cause exists. Currently the parties are waiting for the entry of the party identified as the current operator of the subject restaurant, defendant RAKISH CHANDER SOIN. Per plaintiff's Proof of Service on file, SOIN was served with the Summons and First Amended Complaint on January 4, 2007, and SOIN'S responsive answer is now past due. Plaintiff represents that she has served notice on SOIN of her intent to seek entry of a default if an Answer is not immediately filed.

SOIN'S cooperative participation is prudent and necessary as this case involves a request for injunctive relief involving the physical restaurant. While the parties are working diligently at completing discovery and the discussion necessary for cooperative resolution, a three month extension is necessary to complete the process and prepare for both settlement and trial. The extra time will allow the parties to pre-negotiate the unnecessary issues, and focus the remaining issues for Magistrate Drozd's assistance.

**The parties anticipate the case will be ready for a Settlement Conference and request the setting of a conference in early May 2007 before the Honorable Dale A. Drozd for this purpose.**

This is the first request for extension of the pretrial and trial dates. It is reasonable and necessary. Therefore, the parties ask for a continuance of approximately 3 months of

all dates as follows:

    Discovery Cutoff be extended from 4/13/07

        to.................................7/13/07_____

    Simultaneous Naming of Experts be extended

        from 2/9/07 to....................5/9/07_____

    Simultaneous Naming of Supplemental Experts be

        extended from 2/16/07 to ..........5/18/07_____

    Dispositive Motion Filing Deadline be continued

        from 5/23/07 to 8/22/07 with a hearing on

        9/19 at 10 AM _____

    Pretrial Conference Date be continued

        from 8/3/07 to............11/2/07 at 3PM_____

    Jury Trial (6-8 days) be continued

        from 9/17/07 to.........12/17/07 at 9AM_____

    All other deadlines in the Pretrial Scheduling Order be

        recalculated according to the above dates.

    SO STIPULATED.

Dated: February 13, 2007       Thimesch Law Offices
                                      TIMOTHY S. THIMESCH


                                      //Signature Authorized//_____
                                      Attorneys for Plaintiff
                                      JEAN RIKER

Dated: February 5, 2007        MILLSTONE PETERSON & WATTS, LLP
                                      GLENN W. PETERSON, ESQ.


                                      //Signature Authorized//_____
                                      Attorneys for Defendants
                                      WIENERSCHNITZEL #514; R.R. &
                                      N.S. ENTERPRISE INC.; RULA
                                      KHATIB and NASERELDEN SGER

## **ORDER**

SO ORDERED.  Pursuant to the parties request, the matter is set for an early settlement conference on May 3, 2007 at 10:00 a.m. before the Hon. Dale A. Drozd, Magistrate Judge.


Dated: 02/13/2007                /s/ David F. Levi
                                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                 HON. DAVID F. LEVI
                                 U.S. DISTRICT JUDGE