IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN RIKER,

       Plaintiff,                    No. CIV S-06-0803 DFL DAD

    v.

WIENERSCHNITZEL #514, et al.,      <u>ORDER</u>

       Defendants.

_____/

        On February 13, 2007 the parties in the above-entitled action submitted a stipulation and proposed order to the assigned District Judge requesting modification of the trial and pretrial dates and a settlement conference before the undersigned in early May 2007. The assigned district judge issued the order proposed by the parties that same day and set the matter for settlement conference before the undersigned on May 3, 2007 at 10:00 a.m. On April 26, 2007 a minute order was filed directing the parties to submit confidential settlement conference statements by April 30, 2007. Plaintiff's counsel has complied with the directive of the minute order. Defendants' counsel has not.

        On May 1, 2007, defense counsel's office informally communicated with the court seeking a continuance of the settlement conference that was set based upon the parties' stipulation. The request for a continuance is apparently based upon the unavailability of defense counsel. The

/////

court understands that plaintiff's counsel does not object to the continuance of the settlement conference to Monday, May 7, 2007 at 10:00 a.m.

Good cause appearing, IT IS ORDERED that:

1. The settlement conference in this action is continued to May 7, 2007, at 10:00 a.m. before the undersigned;

2. Defense counsel must submit a settlement conference statement, which may remain confidential at counsel's election, to the court on or before May 4, 2007 at the following e-mail address: dadorders@caed.uscourts.gov (see L.R. 16-270(d));

3. Both parties are required to have principals capable of settling the matter on any terms at the settlement conference; and

4. Failure to comply with the terms of this order will result in the imposition of sanctions.

DATED: May 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.civil/riker0803.ord.contsettle