Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE A. FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff
JEAN RIKER

MILLSTONE PETERSON & WATTS, LLP
Attorneys at Law
GLENN W. PETERSON, ESQ. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: 916.780.8222
Fax: 916.780.8775
gpeterson@mpwlaw.net

Attorneys for Defendants
WIENERSCHNITZEL #514; R.R. & N.S. ENTERPRISE INC.; RULA KHATIB and NASERELDEN SGER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | CASE NO. 2:06-CV-0803 DFL DAD |
| Plaintiff, | Civil Rights |
| v. | **ORDER** |
| WIENERSCHNITZEL #514; RAKISH CHANDER SOIN; R.R. & N.S. ENTERPRISE INC; RULA KHATIB; NASERELDEN SGER; and Does 2 through 50, Inclusive, | |
| Defendants. | |

Thanks to the efforts of the Honorable Dale A. Drozd, this matter settled in all aspects at the Settlement Conference held on May 7, 2007, which memorialized the resolution through an on-the-record agreement.

Pursuant to the terms of that agreement, plaintiff hereby

1  requests the dismissal of the entire action with prejudice,
2  but with the requested limitation that the Court retain
3  jurisdiction to interpret and enforce the terms of the
4  on-the-record agreement.
5      The parties hereby further request and consent jointly
6  that jurisdiction over the matter be referred to Magistrate
7  Judge Drozd for all remaining purposes, including enforcement
8  and interpretation of the agreement.

10  Dated: May 17, 2007   Thimesch Law Offices
                          TIMOTHY S. THIMESCH

13                          _____
                            Attorneys for Plaintiff
14                          JEAN RIKER

16  **CONSENT AS TO FORM AND STIPULATION FOR REFERRAL:**

18  Dated: May 10, 2007   MILLSTONE PETERSON & WATTS, LLP
                          GLENN W. PETERSON, ESQ.

20                        //Signature Authorized//
                          Attorneys for Defendants
21                        WIENERSCHNITZEL #514; R.R. &
                          N.S. ENTERPRISE INC.; RULA
22                        KHATIB and NASERELDEN SGER

23  ////

**ORDER**

SO ORDERED.

Dated: May 17, 2007         /s/ David F. Levi
                            HON. DAVID F. LEVI
                            U.S. DISTRICT JUDGE

Thiessen Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401